IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND RADCLIFFE, Individually and on Behalf of All Others Similarly Situated<br><br>                    Plaintiff,<br><br>    vs.<br><br>AETNA, INC., CVS HEALTH CORPORATION, AETNA BENEFITS FINANCE COMMITTEE, CVS BENEFITS COMMITTEE AND SUBCOMMITTEES, LARRY J. MERLO, MARK T. BERTOLINI, EVA C. BORATTO, AETNA DOES 1–10 and CVS DOES 1–10,<br><br>                    Defendants. | Case No. 3:20-cv-01274 (VAB) |
| CAROL FLAIM, Individually and on Behalf of All Others Similarly Situated<br><br>                      Plaintiff,<br><br>    vs.<br><br>AETNA, INC., CVS HEALTH CORPORATION, AETNA BENEFITS FINANCE COMMITTEE, CVS BENEFITS COMMITTEE AND SUBCOMMITTEES, LARRY J. MERLO, MARK T. BERTOLINI, EVA C. BORATTO, AETNA DOES 1–10 and CVS DOES 1–10,<br><br>                    Defendants. | NOVEMBER 24, 2021 |

### MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

      Defendants Aetna, Inc., CVS Health Corporation, Aetna Benefits Finance Committee, CVS Benefits Committee and Subcommittees, Larry J. Merlo, Mark T. Bertolini, Eva C. Boratto, Aetna Does 1–10, and CVS Does 1–10 hereby move the Court to dismiss the second amended consolidated class action complaint (the "SAC") filed by plaintiffs Raymond

ORAL ARGUMENT REQUESTED

Radcliffe and Carol Flaim individually and on behalf of all others similarly situated. For the reasons set forth in the accompanying Memorandum of Law in Support of the Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint, the SAC should be dismissed in its entirety with prejudice because plaintiffs fail to state a claim as a matter of law under Federal Rule of Civil Procedure 12(b)(6).

Dated: November 24, 2021                                  Respectfully Submitted,


*/s/ James T. Shearin*
James T. Shearin (ct 01326)
PULLMAN & COMLEY, LLC
850 Main Street
Bridgeport, CT 06601
Tel. (203) 330–2240
Fax (203) 576–8888
jtshearin@pullcom.com

Meaghan VerGow (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
William D. Pollak (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel.: (202) 383–5300
Fax: (202) 383–5414
mvergow@omm.com
bboyle@omm.com
wpollak@omm.com

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I, James T. Shearin, hereby certify that on November 24, 2021, I electronically filed the foregoing *Motion to Dismiss the Second Amended Consolidated Class Action Complaint* using the CM/ECF system, which will send notification of such filing to all registered participants.

> */s/ James T. Shearin*
> James T. Shearin (ct 01326)