UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAYMOND RADCLIFF

       Plaintiffs                                             Case No. 3:20-cv-1274 VAB

v.

AETNA, INC. ET AL
       Defendants.

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On November 24, 2021, the defendants filed a motion to dismiss. On September 30, 2022, the Court entered an order (Doc. 64) granting the motion to dismiss in favor of defendants and ordered that this case be closed.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of September 2022.

                                                                              Dinah M. Kinney, Clerk

                                                                              By: /s/ Tatihana Murphy
EOD: 9/30/2022                                                     Tatihana Murphy
                                                                                Courtroom Deputy