UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAYMOND RADCLIFF
    Plaintiffs

CAROL FLAIM
    Console Plaintiffs

                                                                                                                     Case No. 3:20-cv-1274

VAB
    v.

AETNA BENEFITS FINANCE COMMITTEE
AETNA, INC.
MARK T. BERTOLINI
EVA C. BORATTO
CVS BENEFITS COMMITTEE AND SUBCOMMITTEES
CVS HEALTH CORPRATION
AETNA DOES
CVS DOES
LARRY J. MERLO
    Defendants.

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge.  On November 24, 2021, the defendants filed a motion to dismiss.  On September 30, 2022, the Court entered an order (Doc. 64) granting the motion to dismiss in favor of defendants and ordered that this case be closed.

  It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of October 2022.

                                                                         Dinah Milton Kinney, Clerk

                                                                         By: /s/ Tatihana Murphy
EOD: 10/7/2022                                                            Tatihana Murphy
                                                                                   Courtroom Deputy