**MANDATE**

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of January, two thousand twenty-three,

_____

Raymond Radcliffe, Carol Flaim, Individually and on behalf of all others similarly situated,

        Plaintiffs - Appellants,

v.

Aetna, Inc., CVS Health Corporation, Aetna Benefits Finance Committee, Larry J. Merlo, Mark T. Bertolini, Eva C. Boratto, Aetna Does, 1-20, CVS Does, 1-20, CVS Benefits Committee And Subcommittees,

        Defendants - Appellees,

Frank M. Clark, Betty Z. Cohen, Jeffrey Garten, Roger N. Farah, Edward J. Ludwig,

        Defendants.

_____

**ORDER**
Docket No. 22-2757

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 01/18/2023**